IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALTON, INC., ) | |
| ) | |
| *Plaintiff/Counter-Defendant,* ) | |
| ) | Case No. 04 C 6879 |
| vs. ) | |
| ) | District Judge: James B. Zagel |
| APPLICA INCORPORATED, et al., ) | Magistrate Judge: Geraldine Soat Brown |
| ) | |
| *Defendants/Counter-Plaintiffs.* ) | |

## NOTICE OF RULE 41(a)(1)(i) VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Salton, Inc. ("Salton") hereby gives notice of the voluntary dismissal, without prejudice, of all claims in this action against Defendant Metro-Thebe, Inc. This Court has previously entered a default against Defendant Metro-Thebe for its failure to answer or otherwise plead to the Complaint. Salton is therefore entitled under Fed. R. Civ. P. 41(a)(1)(i) to issue this notice and obtain a voluntary dismissal as a matter of right.

Dated: April 17, 2007                    Respectfully submitted,

                                          By:      /s/ James A. Klenk
                                                   One of the attorneys for Plaintiff
                                                   Salton, Inc.

James A. Klenk (ARDC No. 01482599)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6404
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
14543436

## CERTIFICATE OF SERVICE

    I, James A. Klenk, an attorney, hereby certify that on April 17, 2007, I served the foregoing *Notice of Rule 41(a)(1)(i) Voluntary Dismissal* on the following via U.S. Mail:

| | |
|---|---|
| Beng Liu, C.E.O.<br>Metro Thebe, Inc.<br>2851 East Las Hermanas<br>Rancho Dominguez, CA 90211 | Metro-Thebe, Inc.<br>c/o Michael Molins<br>Molins & Co.<br>Suite 5, Level 6<br>139 Macquarie Street<br>Sydney NSW 2000<br>61 2 8252 7800 ph<br>61 2 8252 7810 fx |

                          /s/ James A. Klenk

14543436