# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Salton Inc

                        Plaintiff,

v.                                                     Case No.: 1:04–cv–06879
                                                                 Hon. James B. Zagel

– Applica Incorporated, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, April 18, 2007:

      MINUTE entry before Judge James B. Zagel : Status hearing set for 4/25/2007 is stricken. Case is dismissed pursuant to FRCvP 41(a)(1).Civil case terminated. Mailed notice(drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.